Salter *v.* Ely.

HARRY W. BRECKENRIDGE et al., defendants and appellants,

*v.*

DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, complainant and respondent.

[Filed June 19th, 1899.]

---

·CATHERINE A. SALTER et al., appellants,

*v.*

STEPHEN D. ELY et al., respondents.

[Filed March 6th, 1899.]

On appeal from a decree of the ordinary, whose opinion is reported in *Salter* v. *Ely, 11 Dick. Ch. Rep. 357.*

Dentacure Co. *v.* N. J. State Dental Society.

*Mr. Clarence Linn,* for the appellants.

*Mr. John J. Ely* and *Mr. Woodbridge Strong,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given by the ordinary in his opinion.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, VAN SYCKEL, DIXON, GARRISON, LIPPINCOTT, GUMMERE, LUDLOW, COLLINS, BOGERT, NIXON, HENDRICKSON, ADAMS, VREDENBURGH—14.

*For reversal*—None.